Barbara Ann McGRATH, Respondent,

v.

Francis E. McGRATH, Appellant.

No. WD 52534.

Missouri Court of Appeals, Western District.

Submitted Nov. 7, 1996.

Decided Feb. 4, 1997.

Ronald J. Prenger, Jefferson City, for appellant.

Mary Moore, Columbia, for respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and SMART, JJ.

### ORDER

PER CURIAM:

Francis E. McGrath ("Husband") appeals from an order dissolving his marriage to Barbara Ann McGrath ("Wife"). Husband

claims that the trial court erred by: (1) awarding Wife $6,200.00 to equalize the division of property; (2) allowing Wife to testify as to the need for surgery on her right knee; and (3) awarding periodic maintenance to Wife in the amount of $300.00 per month plus $142.00 per month for health insurance. The judgment of the trial court is affirmed and the cause remanded for correction of the docket entry by nunc pro tunc. Rule 84.16(b).